**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**ALICIA WASHINGTON,**

     **Plaintiff,**

**VS.**                                        **CIVIL ACTION NO. 3:21-CV-00356-CWR-FKB**

**VEOLIA WATER NORTH AMERICA OPERATING**
**SERVICES, LLC, AND JOHN AND JANE DOES 1-10,**

     **Defendants.**

**MOTION TO WITHDRAW AS COUNSEL**

Defendant Veolia Water North America-South, LLC (incorrectly referred to in Plaintiff's Complaint as Veolia Water North America Operating Services, LLC) ("Defendant") files this motion to allow withdrawal of Lindsay Thomas Dowdle, Esquire, as counsel of record. In support of the relief sought, Defendant states:

1.     Ms. Dowdle has represented Defendant in her capacity as an attorney with the law firm of Jones Walker LLP ("Jones Walker").

2.     Effective April 1, 2022, Ms. Dowdle will no longer be associated with Jones Walker.

3.     Defendant would like to continue to be represented by Jones Walker and able counsel, Andrew S. Harris, Esquire, Tracy E. Kern, Esquire, and Laurie M. Riley, Esquire.

4.     Ms. Dowdle's withdrawal will not delay the case or prejudice the parties. Defendant is not seeking to amend the scheduling order or deadlines.

{JX513903.1}

1

WHEREFORE, Defendant Veolia Water North America-South, LLC (incorrectly referred to in Plaintiff's Complaint as Veolia Water North America Operating Services, LLC) requests that Ms. Dowdle's appearance in this case be withdrawn and that she be recognized as no longer serving as counsel for Defendant.

Dated: March 25, 2022

Respectfully submitted,

**VEOLIA WATER NORTH AMERICA-SOUTH, LLC**

By Its Attorneys,

JONES WALKER LLP

By:  _s/ Lindsay Thomas Dowdle_
        LINDSAY THOMAS DOWDLE

Lindsay Thomas Dowdle (MS Bar No. 102873)
Andrew S. Harris (MS Bar No. 104289)
Jones Walker LLP
190 E. Capitol Street, Suite 800
Post Office Box 427
Jackson, Mississippi  39201
(601) 949-4900
(601) 949-4804 (fax)
ldowdle@joneswalker.com
aharris@joneswalker.com

And

Tracy E. Kern (LA Bar No. 20246)
(admitted _pro hac vice_)
Jones Walker LLP
201 St. Charles Avenue, 50th Floor
New Orleans, LA 70170
(504) 582-8134
(504) 589-8134 (fax)
tkern@joneswalker.com

{JX513903.1}

And

Laurie M. Riley (FL Bar No. 657751)
(admitted *pro hac vice*)
Jones Walker LLP
201 South Biscayne Blvd., Suite 3000
Miami, FL 33131
(305) 679-5728
(305) 679-5816 (fax)
lriley@joneswalker.com

### CERTIFICATE OF SERVICE

I, Lindsay Thomas Dowdle, do hereby certify that I have this day caused to be filed a true

and correct copy of the foregoing document with the Clerk of the Court, using the Court's ECF

system, which will provide notification of such filing to counsel of record:

> Deshun T. Martin, Esq.
> Vaterria M. Martin, Esq.
> Martin and Martin, P.A.
> 228 E. Capitol Street
> Jackson, MS 39201
> DTMartin@4MartinsAtLaw.com
> VMMartin@4MartinsAtLaw.com
>
> Teresa E. Harvey, Esq.
> CG Law Group, P.A.
> 120 North Congress Street
> Suite 200
> Jackson, MS 39201
> tharvey@gclawms.com

SO CERTIFIED this the 25th day of March, 2022.

/ s/ *Lindsay Thomas Dowdle*
Lindsay Thomas Dowdle

{JX513903.1}

3

{JX513903.1}